So Ordered.

Signed this 5 day of June, 2026.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

Star Magnolia, LLC,                                    Chapter 7
                                                       Case No.: 26-10623

                                    *Debtor*.

_____

### ORDER TO SHOW CAUSE

**WHEREAS**, on June 4, 2026, Franca DiCrescenzo filed a voluntary petition for relief

under Chapter 7 of the Bankruptcy Code on behalf of Star Magnolia, LLC ("Debtor");

**NOW, THEREFORE,** it is hereby

**ORDERED**, that a member of the Debtor and/or authorized agent or attorney for

the Debtor shall appear and show cause on **July 8, 2026,** at **10:00 A.M.** at the James T. Foley

United States Courthouse, 445 Broadway, Suite 330, Albany, New York, as to why the case

should not be dismissed for failure to comply with Local Rule 9010-2(a) ("A non-individual

debtor shall not be permitted to proceed under chapters 7, 9, 11, or 15 without representation by

an attorney duly admitted to the Northern District of New York."); and it is further

**ORDERED,** that appearances shall be made either in-person in the Albany Courtroom or by video via Teams, for which pre-registration is required by 3:00 PM one business day before the hearing; visit https://www.nynb.uscourts.gov/Remote-Hearing-Appearances to register; and it is further

**ORDERED**, that failure to appear for the hearing will result in dismissal of this case; and it is further

**ORDERED**, that the Clerk's Office shall mail a copy of this Order to Debtor.

###